1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel
3  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (510) 970-4829
6      Facsimile: (415) 744-0134
   Attorneys for Defendant
7

8

9

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12                           FRESNO DIVISION

13

14                                          No. 1:21-cv-01379-EPG
   GUADALUPE LOMELI NAVARRO,
15
        Plaintiff,                          STIPULATION AND ORDER FOR EXTENSION
16                                          TO FILE DEFENDANT'S OPPOSITION TO
   v.                                       PLAINTIFF'S OPENING BRIEF
17
   KILOLO KIJAKAZI,                         (ECF No. 17)
18   Acting Commissioner of Social Security,

19      Defendant.[1]

20
        IT IS HEREBY STIPULATED, by and between Guadalupe Lomeli Navarro (Plaintiff)

21
   and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their
22
   respective counsel of record, that, with the Court's approval, Defendant shall have an extension of
23
   time of sixty (60) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first
24
   request for an extension on her Response to Plaintiff's Opening Brief.  The current due date is
25

26
   ---
   [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to
27 Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore,
   for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit
28 by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

September 19, 2022. The new date will be November 18, 2022. All other deadlines will extend accordingly.

    Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her very full briefing schedule.  Defendant's counsel has eighty-one other active cases in various stages of litigation, and 18 responsive briefs due in the next 30 days.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay.  Defendant's counsel contacted Plaintiff's counsel on September 2, 2022, and he had no objection to this request.

                                  Respectfully submitted,

DATE: September 2, 2022              */s/ Jonathan Omar Pena*
                                            JONATHAN OMAR PENA
                                            Attorney for Plaintiff
                                            (as approved via email)

                                            PHILLIP A. TALBERT
                                            United States Attorney

DATE: September 2, 2022       By   *s/ Margaret Lehrkind*
                                            MARGARET LEHRKIND
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant

**ORDER**

Based on the above stipulation (ECF No. 17), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's motion for summary judgment no later than November 18, 2022. All other deadlines in the Court's scheduling order are extended.

IT IS SO ORDERED.

Dated:   **September 6, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

3